# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MIGUEL MALDONADO, § <br> *Plaintiff* § <br> § <br> v. § <br> § <br> SWIFT TRANSPORTATION § <br> COMPANY, INC., § <br> *Defendant* § | Case No. 1:20-CV-1007-SH |

## FINAL JUDGMENT

Before this Court is the Plaintiff's Agreed Rule 41(a) Stipulation of Dismissal of Claims Against Defendants, filed May 25, 2021 (Dkt. 17). Plaintiff Miguel Maldonado moves to dismiss all claims in this lawsuit against Defendant Swift Transportation Company, Inc. with prejudice. Accordingly, the Court **HEREBY GRANTS** the Agreed Rule 41(a) Stipulation of Dismissal and **DISMISSES** all claims in this lawsuit with prejudice.

The Court **FURTHER ORDERS** that all court settings are cancelled, any pending motions are **DISMISSED** as moot, and that the Clerk of Court **CLOSE** this case.

**SIGNED** May 25, 2021.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE